UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-81639-BLOOM/White

MARK JOSEPH MARCHAND,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Movant's Motion to Vacate Sentence, ECF No. [1] ("Motion"), pursuant to 28 U.S.C. § 2255, which was previously referred to the Honorable Patrick A. White for a Report and Recommendation on any dispositive matters. *See* ECF No. [3]. On June 19, 2017, Judge White entered a Report and Recommendation, ECF No. [13] ("R&R"), recommending that the Motion be dismissed as time-barred, and that no certificate of appealability issue. R&R at 6. The R&R advised Movant, that "[o]bjections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report." *Id*. To date, Movant has filed no objections, nor has he sought additional time in which to do so. The Court has, nonetheless, conducted a *de novo* review of Magistrate Judge White's Report and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds Judge White's R&R to be well reasoned and correct. The Court agrees with the analysis in Judge White's R&R and concludes that the Motion should be denied for the reasons set forth therein.

Case No. 16-cv-81639-BLOOM/White

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge White's R&R, **ECF No. [13]**, is **ADOPTED**.

2. The Motion, **ECF No. [1]**, is **DENIED**.

3. The Certificate of Appealability is **DENIED**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Patrick A. White

Counsel of Record

Mark Joseph Marchand, *pro se*
10048-004
FMC Butner
Federal Medical Center
Inmate Mail/Parcels
Post Office Box 1600
Butner, NC 27509